IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
WESTERN DIVISION

ALI PENNARTZ                                                                    PLAINTIFF

v.                          Case No. 4:16-cv-00859-KGB

SUSIE JONES PENNARTZ;
JEFFREY MURINCHACK;
STERLING MURINCHACK;
S.L.M., a minor; M.K.P., a minor;
and H.C.P., a minor                                                          DEFENDANTS

## JUDGMENT

Consistent with the Order that was entered on this day, it is considered, ordered, and adjudged that this case is dismissed without prejudice.

So adjudged this 19th day of September, 2017.

_____
Kristine G. Baker
United States District Judge